## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-189-01-CR-W-DW |
| | ) | |
| REYES O. CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. 27). Neither party has filed objections to the Report and Recommendation. After an independent review of the record and applicable law, the Court adopts Judge Hays' Report and Recommendation and finds that Defendant Campos is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

SO ORDERED.

Date : December 5, 2013          \_\_\_\_\_/s/ Dean Whipple_____
                                       Dean Whipple
                                 United States District Judge