# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-00189-CR-W-DW |
| | ) | |
| REYES O. CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. 38) as to Defendant's Motion to Suppress Evidence (Doc. 32). Defendant filed Objections to the report and recommendation (Doc. 43). After an independent review of the record, the applicable law, and Defendant's objections, the Court accepts the recommendation and adopts the Magistrate's findings of fact and conclusions of law. Accordingly, IT IS ORDERED that:

1) The Magistrate Judge's Report and Recommendation (Doc. 38) be attached to and made a part of this Order; and

2) Defendant's Motion to Suppress Evidence with Suggestions (Doc. 32) is denied.

SO ORDERED.

Date: April 8, 2014        _____/s/ Dean Whipple_____
                                          Dean Whipple
                                  United States District Judge